STATE OF CONNECTICUT *v.* SHAWN DAVIS

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 187 (AC 27862), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided September 25, 2008

BERNADETTA KACZYNSKI *v.* DARIUSZ KACZYNSKI

The plaintiff's petition for certification for appeal from the Appellate Court, 109 Conn. App. 381 (AC 28077), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's decision based on its failure to enunciate specifically that it was applying 'clear and convincing evidence' as the standard of proof?"

The Supreme Court docket number is SC 18235.

*Richard C. Stewart,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided September 25, 2008

JANE DAVENPORT BLUM *v.* HOWARD R. BLUM

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 316 (AC 28101/AC 28532), is denied.

*Gary I. Cohen,* in support of the petition.

Decided September 25, 2008